UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-10061-CIV-KING

DANIELLE FRIEDRICH and
CHRISTOPHER DECKER,

    Plaintiffs,

v.

WEST ISLES TRADING COMPANY, a
Florida corporation d/b/a CUDJOE
SALES FISHERMEN'S WAREHOUSE,
and DANIEL G. IARROBINO,

    Defendants.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE SCHEDULING CONFERENCE (RULE 16.1.B)

THIS MATTER comes before the Court upon Defendant's Unopposed Motion to Continue the Scheduling Conference (D.E. #12), filed on June 16, 2009. Upon careful review and Defendant's request to reset to the original date set, it is

ORDERED, ADJUDGED and DECREED that the motion be and the same is hereby **Granted**. Pursuant to the Local Rules of the United States District Court for the Southern District of Florida, counsel for the respective parties are hereby required to appear before the Court on **Wednesday, July 22, 2009 at 11:00 a.m.** at the United States Courthouse, 301 Simonton Street, Key West, FL for the purpose of discussion and determination of all of those items outlined in the Rule 16.1.B provision of the local rules.      Counsel are advised that they should be fully prepared to discuss the names, identity and addresses of all prospective witnesses for each side; to exchange

copies of relevant documents that each of the parties believe will be necessary for consideration during discovery and at the trial; proposed dates for the taking of such depositions as the attorneys in good faith believe will be necessary to be deposed before the cut-off of discovery and pleading practice; and the legal issues raised by the Complaint, Answer and any Affirmative Defenses, and dates for pretrial conference and trial.

Failure to appear without good cause will result in the imposition of sanctions, which may include dismissal or default judgment.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of June, 2009.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   *Counsel for Plaintiff:*
      Peter J.M. Bober, Esq.
      Samara R. Bober, Esq.
      1930 Tyler Street
      Hollywood, Florida 33020
      Facsimile: (954) 922-5455

      *Counsel for Defendant:*
      Patrice P. DiLorenzo, Esq.
      417 Eaton Street
      Key West, Florida 33040
      Facsimile: (305) 293-9616